**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RYAN OSHUN MOORE,

           Petitioner - Appellee,

  v.

DON HELLING; NEVADA ATTORNEY
GENERAL,

           Respondents - Appellants.

No. 12-15795

DC No. 3:05 cv 0348 KJD
D. Nev., Reno

**O R D E R**

Before:     FARRIS, TASHIMA, and McKEOWN, Circuit Judges.

The petition for panel rehearing is granted. The memorandum disposition filed March 24, 2014, is withdrawn. An amended memorandum and/or opinion will issue in due course. The petition for rehearing en banc is denied as moot.